UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH E. WOODHOUSE,

Petitioner,

v.

H. B. ANGLEA, Warden,

Respondent.

Case No. 18-cv-01874-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: January 22, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge